UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION


Kiesha L. Holmes,                                         Case No. 3:24-cv-2212

          Plaintiff,


v.

**FILED**

**JUL 29 2026**

CLERK. U.S. DISTRICT COURT
NORTHERN DISTRICT OF OHIO
TOLEDO

Officer Moss, et al.

          Defendants.


## PLAINTIFF'S MOTION TO ALTER OR AMEND JUDGMENT


COMES NOW, the Plaintiff, Kiesha L. Holmes, pro se, and hereby moves the Court, pursuant to, and in accordance with the provisions of Federal Rules of Civil Procedure, Rule 59(e) for an Order to Alter or Amend the Judgment entered by this Court in its Memorandum Opinion and Order dated July 1, 2026, dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. 1915(e), to prevent manifest injustice.

IN SUPPORT THEREOF:

1. Plaintiff submits a Memorandum of Law in support of this Motion, filed contemporaneously with this Motion.

WHEREFORE, Plaintiff prays the Court enter an Order granting her Motion to Alter or Amend the Judgment entered by this Court in its Memorandum Opinion and Order dated July 1, 2026, dismissing Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted

pursuant to 28 U.S.C. 1915(e), to prevent manifest injustice by granting her leave to file a Second Amended Complaint to cure deficiencies in her First Amended Complaint pointed out by the Court in its Order of Dismissal.

Respectfully submitted:

Kiesha L. Holmes/Plaintiff Pro se

238 Maryland Avenue

Toledo, Ohio 43605

(567) 315-9055

CERTIFICATE OF SERVICE

I hereby certify that the original Motion to Alter or Amend Judgment was filed with the Clerk of the District Court on July 29, 2026.  No other parties have been served in this action.

Kiesha L. Holmes/Plaintiff *Pro se*