UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

WESTERN DIVISION


Kiesha L. Holmes,                                              Case No. 3:24-cv-2212

        Plaintiff,


v.

                                                   **FILED**

                                           JUL 29 2026

Officer Moss, et al.                                      CLERK. U.S. DISTRICT COURT
                                       NORTHERN DISTRICT OF OHIO
                                             TOLEDO

        Defendants.


PLAINTIFF'S MEMORANDUM IN SUPPORT OF

MOTION TO ALTER OR AMEND JUDGMENT


        COMES NOW, the Plaintiff, Kiesha L. Holmes, pro se, and hereby presents her Memorandum of

Law in Support of her Motion to Alter or Amend Judgment filed pursuant to, and in accordance with the

provisions of Federal Rules of Civil Procedure, Rule 59(e) to prevent manifest injustice when the District

Court entered a Memorandum Opinion and Order dated July 1, 2026, dismissing Plaintiff's First

Amended Complaint for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C.

1915(e) without first granting her leave to amend her First Amended Complaint to cure deficiencies

pointed out by the Court in its Order of dismissal.

A.    FACTS

In a Memorandum Opinion and Order dated July 1, 2026, the District Court dismissed Plaintiff's First Amended Complaint for failure to state a claim upon which relief can be granted pursuant to 28 U.S.C. 1915(e). The Court did not state whether it was dismissing Plaintiff's First Amended Complaint with or without prejudice. Plaintiff construes the dismissal as being with prejudice as it requires Plaintiff to file a new action to revive her claims. It counts as a final decision on the core facts and issues of the dispute.

The Order further stated that "[t]his case is closed." Prior to dismissing and closing the case, the Court did not provide *pro se* Plaintiff an opportunity to amend the deficiencies in her complaint.

It is on these basic set of facts that Plaintiff brings her Motion to Amend her complaint to cure deficiencies pointed out by the Court in its Order of dismissal.

B.    LEGAL ARGUMENT

District courts should not lightly dismiss pro-se complaints with prejudice and without leave to amend when the plaintiff has "an arguable claim." Brown v. Matauszak, 415 F. App'x 608, 614-15 (6th Cir. 2011) (quoting Wolf v. Petrock, 382 F. App'x 674, 677 (10th Cir. 2010)). Pro-se plaintiffs should be afforded the opportunity to amend prior to sua sponte dismissal, when a plaintiff's claims are not patently frivolous. See, e.g., Luevano v. Wal-Mart Stores, Inc., 722 F.3d 1014, 1024 (7th Cir. 2013) ("These circuits have crafted a sensible rule: IFP applicants whose complaints are dismissed pursuant to a section 1915 screening for failure to state a claim should be granted leave to amend at least once in all cases in

which Rule 15(a) would permit leave to amend."); *Brown v. Johnson*, 387 F.3d 1344, 1348 (11th Cir. 2004); <u>Salahuddin v. Cuomo</u>, 861 F.2d 40, 42-43 (2d Cir. 1988).

"Under Rule 59, a court may alter the judgment based on: (1) a clear error of law; (2) newly discovered evidence; (3) an intervening change in controlling law; or (4) a need to prevent manifest injustice." *quoting* <u>Leisure Caviar, LLC v. U.S. Fish & Wildlife Serv.</u>, 616 F.3d 612, 615 (6th Cir. 2010)).

WHEREFORE, Plaintiff prays the Court grant her Motion to Alter or Amend Judgment to prevent manifest injustice.

Respectfully submitted:

Kiesha L. Holmes/Plaintiff <u>Pro se</u>

238 Maryland Avenue

Toledo, Ohio 43605

(567) 315-9055

CERTIFICATE OF SERVICE

I hereby certify that the original Motion to Amend was filed with the Clerk of the District Court on July 29, 2026. No other parties have been served in this action.

Kiesha L. Holmes/Plaintiff *Pro se*